IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON
DIVISION THREE

| | | |
|---|---|---|
| STATE OF WASHINGTON, | ) | No. 37321-5-III |
| | ) | |
| Respondent, | ) | |
| | ) | |
| v. | ) | UNPUBLISHED OPINION |
| | ) | |
| JOHN DESMARAIS, | ) | |
| | ) | |
| Appellant. | ) | |

PENNELL, C.J. — John Desmarais appeals his six-month sentence for attempting to elude a police vehicle, arguing the State did not prove the convictions used to calculate his offender score. The parties agree Mr. Desmarais's offender score is impacted by the recent decision in *State v. Blake*, __ Wn.2d __, 481 P.3d 521 (2021) and that Mr. Desmarais should be resentenced in light of *Blake*. We accept this concession and therefore reverse Mr. Desmarais's sentence and remand for resentencing. Mr. Desmarais's claims on appeal not governed by *Blake* can be raised in the trial court at resentencing.

No. 37321-5-III
*State v. Desmarais*

The sentence is reversed. This matter is remanded for resentencing.

A majority of the panel has determined this opinion will not be printed in the Washington Appellate Reports, but it will be filed for public record pursuant to RCW 2.06.040.

_____, C.J.
Pennell, C.J.

WE CONCUR:

_____
Siddoway, J.

_____
Lawrence-Berrey, J.

2